JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FODOR; BARBARA FODOR and CHANEL AIR LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL IAN BLAKEY; MICHAEL BLAKEY INC., THE MICHAEL BLAKELEY REVOCABLE TRUST; MICHAEL Blakey TRUST; THE BLAKE REVOCABLE TRUST; BLAKE TRUST; STUART A. GOLDSMITH; EUROTECH WHEELS, LLC; PYLON INTERNATIONAL, INC.; DOES 1 through 20, inclusive,<br><br>Defendants | CASE NO. CV 11-08496 MMM (RZx)<br><br>JUDGMENT FOR DEFENDANTS |

On June 15, 2012, the court granted defendants' motion to dismiss the first and second causes of action asserted in plaintiff's first amended complaint with prejudice, granting leave to amend plaintiffs' remaining claims. On December 31, 2012, the court granted defendants' motion

to dismiss plaintiffs' federal securities fraud claim with prejudice.  The court dismissed the remaining state law claims asserted by plaintiff without prejudice.  Accordingly,

IT IS ORDERED AND ADJUDGED that

1. That plaintiffs' claims for violation of the Investment Adviser Act, 15 U.S.C. § 80-b, et seq; violation of section 11 of the Securities Act, 15 U.S.C. § 77a; and violation of 15 U.S.C. § 78j and Securities and Exchange Commission Rule 10b-5 be dismissed with prejudice; and

3. That the remainder of plaintiffs' claims be dismissed without prejudice.

DATED: December 31, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE